Andrew F. Halaby (#017251)
ahalaby@swlaw.com
Andrew C. Stone (#026543)
astone@swlaw.com
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Fax:  (602) 382-6070

James W. Poradek (*pro hac vice*)
james.poradek@FaegreBD.com
Christopher J. Burrell (*pro hac vice*)
christopher.burrell@FaegreBD.com
Kevin P. Wagner (*pro hac vice*)
kevin.wagner@FaegreBD.com
Katherine S. Razavi (*pro hac vice*)
kate.razavi@FaegreBD.com
Lucas J. Tomsich (*pro hac vice*)
lucas.tomsich@FaegreBD.com
Timothy M. Sullivan (*pro hac vice*)
timothy.sullivan@FaegreBD.com
Elizabeth Cowan Wright (*pro hac vice*)
Elizabeth.cownwright@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

*Attorneys for Plaintiff*
*W.L. Gore & Associates, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. L. Gore & Associates, Inc.,<br><br>          Plaintiff,<br><br>v.<br><br>Atrium Medical Corp.,<br><br>          Defendant. | No. CV 12-8067-PHX-JAT<br><br>**NOTICE OF SUBMISSION OF JOINT VIDEO FOR TUTORIAL HEARING** |

1  In accordance with the Court's Order dated June 26, 2013 (Dkt. No. 68), Plaintiff W. L. Gore & Associates, Inc. and Defendant Atrium Medical Corp., provide notice that on this date they submitted their joint video for the Tutorial Hearing, which is scheduled for Tuesday, July 9, 2013 at 9:00 a.m.

DATED this 8th day of July, 2013.

SNELL & WILMER L.L.P.

s/Andrew C. Stone
Andrew F. Halaby
Andrew C. Stone
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
ahalaby@swlaw.com
astone@swlaw.com

James W. Poradek (*pro hac vice*)
Christopher J. Burrell (*pro hac vice*)
Kevin P. Wagner (*pro hac vice*)
Katherine S. Razavi (*pro hac vice*)
Lucas J. Tomsich (*pro hac vice*)
Timothy M. Sullivan (*pro hac vice*)
Elizabeth Cowan Wright (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
james.poradek@FaegreBD.com
chrisopher.burrell@FaegreBD.com
kevin.wagner@FaegreBD.com
kate.razavi@FaegreBD.com
lucas.tomsich@FaegreBD.com
timothy.sullivan@FaegreBD.com
elizabeth.cowanwright@FaegreBD.com

*Attorneys for W.L. Gore & Associates, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the registered participants of the CM/ECF System.

By  s/ Kimberly Nunamaker

17516212