Andrew F. Halaby (#017251)
ahalaby@swlaw.com
Andrew C. Stone (#026543)
astone@swlaw.com
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Fax:  (602) 382-6070

James W. Poradek (*pro hac vice*)
james.poradek@FaegreBD.com
Christopher J. Burrell (*pro hac vice*)
christopher.burrell@FaegreBD.com
Kevin P. Wagner (*pro hac vice*)
kevin.wagner@FaegreBD.com
Katherine S. Razavi (*pro hac vice*)
kate.razavi@FaegreBD.com
Lucas J. Tomsich (*pro hac vice*)
lucas.tomsich@FaegreBD.com
Timothy M. Sullivan (*pro hac vice*)
timothy.sullivan@FaegreBD.com
Elizabeth Cowan Wright (*pro hac vice*)
elizabeth.cowanwright@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  (612) 766-7000
Fax:  (612) 766-1600

*Attorneys for Plaintiff*
*W.L. Gore & Associates, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W.L. Gore & Associates, Inc., <br><br>             Plaintiff, <br><br> v. <br><br> Atrium Medical Corp., <br><br>             Defendant. | No. CV 12-8067-PHX-JAT <br><br> **PLAINTIFF W.L. GORE & ASSOCIATES, INC.'S TECHNOLOGY TUTORIAL PRESENTATION** |

W.L. Gore & Associates, Inc. ("Gore") hereby notifies the Court that attached as Exhibit 1 are the slides that accompanied Gore's presentation at the Tutorial Hearing (Dkt. No. 76) on July 9, 2013.

Dated: July 10, 2013            Respectfully submitted,

                                *s/* Timothy M. Sullivan
                                _____

                                Andrew F. Halaby
                                Andrew C. Stone
                                SNELL & WILMER L.L.P
                                One Arizona Center
                                400 East Van Buren
                                Phoenix, Arizona 85004-2202
                                ahalaby@swlaw.com
                                acohen@swlaw.com

                                James W. Poradek (*pro hac vice*)
                                Christopher J. Burrell (*pro hac vice*)
                                Kevin P. Wagner (*pro hac vice*)
                                Katherine S. Razavi (*pro hac vice*)
                                Lucas J. Tomsich (*pro hac vice*)
                                Timothy M. Sullivan (*pro hac vice*)
                                Elizabeth Cowan Wright (*pro hac vice*)
                                FAEGRE BAKER DANIELS LLP
                                2200 Wells Fargo Center
                                90 South Seventh Street
                                Minneapolis, Minnesota 55402-3901
                                james.poradek@FaegreBD.com
                                chrisopher.burrell@FaegreBD.com
                                kevin.wagner@FaegreBD.com
                                kate.razavi@FaegreBD.com
                                lucas.tomsich@FaegreBD.com
                                timothy.sullivan@FaegreBD.com
                                elizabeth.cowanwright@FaegreBD.com

                                *Attorneys for W.L. Gore & Associates, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the registered participants of the CM/ECF System.

By  s/ Timothy M. Sullivan