IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CIVIL TRIAL MINUTES

MARKMAN HEARING

CV 12-08067-PCT-JAT                                   DATE: 7/26/2013
 Year    Case No.

HON: JAMES A. TEILBORG

Caption: W.L. Gore & Associates Incorporated v. Atrium Medical Corporation

Deputy Clerk: Teddy Bengtson                Crt Rptr: David German

Plaintiff's Atty:    Christopher J. Burrell, Andrew F. Halaby, James W. Poradek, Lauren Frank
Defendant's Attys:   William A. Scofield, Jr., Wayne L. Stoner, Gregory P. Teran, Larissa B. Park, Heather D. Schafroth, Gregory Noonan

---

**PROCEEDINGS:/ XX / MARKMAN HEARING**

9:00 a.m. Court convenes with counsel present.  Counsel make Markman presentations to the Court.
10:18 a.m. Recess

10:34 a.m. Court reconvenes.  Markman presentations continues.

11:43 p.m. Lunch recess.

1:00 p.m. Court reconvenes.  Markman presentations continues

IT IS ORDERED taking the matter under advisement.

3:40 p.m. Recess.

                                                Time in Court: 5 hrs 23 minutes

                                                START: 9:00 AM
                                                STOP:   3:40 PM