IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**AMENDED
CIVIL TRIAL MINUTES**
(to reflect hearing adjourned at 2:40 p.m.)

MARKMAN HEARING

CV 12-08067-PCT-JAT             DATE: 7/26/2013
 Year    Case No.

HON: JAMES A. TEILBORG

Caption: W.L. Gore & Associates Incorporated v. Atrium Medical Corporation

Deputy Clerk: Teddy Bengtson            Crt Rptr: David German

Plaintiff's Atty:    Christopher J. Burrell, Andrew F. Halaby, James W. Poradek, Lauren Frank
Defendant's Attys:   William A. Scofield, Jr., Wayne L. Stoner, Gregory P. Teran, Larissa B. Park,
                     Heather D. Schafroth, Gregory Noonan

**PROCEEDINGS:/ XX / MARKMAN HEARING**

9:00 a.m. Court convenes with counsel present. Counsel make Markman presentations to the Court.
10:18 a.m. Recess

10:34 a.m. Court reconvenes. Markman presentations continues.

11:43 p.m. Lunch recess.

1:00 p.m. Court reconvenes. Markman presentations continues

IT IS ORDERED taking the matter under advisement.

2:40 p.m. Adjourned.

                                    Time in Court: 4 hrs 23 minutes

                                    START: 9:00 AM
                                    STOP:  2:40 PM