AO 435 (Rev. 10/05) — Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Read Instructions on Back:*

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | | |
|---|---|---|---|
| 1. | NAME | 2. PHONE NUMBER | 3. DATE |
| 4. | FIRM NAME | | |
| 5. | MAILING ADDRESS | 6. CITY | 7. STATE / 8. ZIP CODE |
| 9. | CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS (11. / 12.) |
| 13. | CASE NAME | | LOCATION OF PROCEEDINGS (14. / 15. STATE) |

**16. ORDER FOR**
- APPEAL
- NON-APPEAL
- CRIMINAL
- CIVIL
- CRIMINAL JUSTICE ACT
- IN FORMA PAUPERIS
- BANKRUPTCY
- OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | | | |
| 14 DAYS | | | |
| 7 DAYS | | | |
| DAILY | | | |
| HOURLY | | | |
| REALTIME | | | |

**DELIVERY INSTRUCTIONS** (check all that apply)
- PAPER COPY
- E-MAIL
- DISK
- PDF FORMAT
- ASCII FORMAT

ESTIMATED COSTS

E-MAIL ADDRESS

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE

20. DATE

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| | DATE | BY | | |
|---|---|---|---|---|
| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
| ORDER RECEIVED | | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY