Jonathan M. James (#012204)
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7032
jjames@perkinscoie.com

William A. Scofield, Jr. (*pro hac vice*)
Lathrop & Gage LLP
28 State Street, Suite 700
Boston, Massachusetts 02109
Telephone: (857) 300-4000
Facsimile: (857) 300-4001
wscofield@lathropgage.com

Wayne L. Stoner (*pro hac vice*)
Gregory P. Teran (*pro hac vice*)
Larissa B. Park (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
wayne.stoner@wilmerhale.com
gregory.teran@wilmerhale.com
larissa.park@wilmerhale.com

Heather D. Schafroth (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
heather.schafroth@wilmerhale.com

*Attorneys for Atrium Medical Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| W.L. Gore & Associates, Inc., <br><br>Plaintiff, <br><br>v. <br><br>Atrium Medical Corp., <br><br>Defendant. | No. CV12-08067-PHX-JAT <br><br> **NOTICE OF ATRIUM MEDICAL CORPORATION'S NOTICE OF SERVICE OF SUBPOENA TO BARBARA L. WEILAND** |

Atrium Medical Corporation ("Atrium") hereby notifies the Court that Atrium served Atrium Medical Corporation's Notice of Service of Subpoena to Barabara L. Weiland on August 2, 2013, by electronic mail.

Dated:  August 5, 2013  Respectfully submitted,

 s/ Heather D. Schafroth

Jonathan M. James
Perkins Coie LLP
2901 North Central Avenue, Suite 200
Phoenix, Arizona  85012
jjames@perkinscoie.com

William A. Scofield, Jr. (*pro hac vice*)
Lathrop & Gage LLP
28 State Street, Suite 700
Boston, Massachusetts  02109
wscofield@lathropgage.com

Wayne L. Stoner (*pro hac vice*)
Gregory P. Teran (*pro hac vice*)
Larissa B. Park (*pro hac vice*)
Wilmer Cutler Pickering  Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
wayne.stoner @wilmerhale.com
gregory.teran@wilmerhale.com
larissa.park@wilmerhale.com

Heather D. Schafroth (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
heather.schafroth@wilmerhale.com

*Attorneys for Atrium Medical Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2013, I electronically transmitted the attached Notice of Service to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Andrew F. Halaby
Andrew C. Stone
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona  85004-2202
ahalaby@swlaw.com
astone@swlaw.com

James W. Poradek
Christopher J. Burrell
Kevin P. Wagner
Katherine S. Razavi
Lucas J. Tomsich
Timothy M. Sullivan
Elizabeth Cowan Wright
Lauren J. Frank
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402-3901
james.poradek@FaegreBD.com
chrisopher.burrell@FaegreBD.com
kevin.wagner@FaegreBD.com
kate.razavi@FaegreBD.com
lucas.tomsich@FaegreBD.com
timothy.sullivan@FaegreBD.com
elizabeth.cowanwright@FaegreBD.com
lauren.frank@FaegreBD.com

*Attorneys for Plaintiff*

By:     s/ Heather D. Schafroth