Andrew F. Halaby (#017251)
ahalaby@swlaw.com
Andrew C. Stone (#026543)
astone@swlaw.com
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Fax:  (602) 382-6070

James W. Poradek (*pro hac vice*)
james.poradek@FaegreBD.com
Christopher J. Burrell (*pro hac vice*)
christopher.burrell@FaegreBD.com
Kevin P. Wagner (*pro hac vice*)
kevin.wagner@FaegreBD.com
Katherine S. Razavi (*pro hac vice*)
kate.razavi@FaegreBD.com
Lucas J. Tomsich (*pro hac vice*)
lucas.tomsich@FaegreBD.com
Timothy M. Sullivan (*pro hac vice*)
timothy.sullivan@FaegreBD.com
Elizabeth Cowan Wright (*pro hac vice*)
elizabeth.cowanwright@FaegreBD.com
Lauren J. Frank (*pro hac vice*)
lauren.frank@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  (612) 766-7000
Fax:  (612) 766-1600
*Attorneys for Plaintiff*
*W. L. Gore & Associates, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. L. Gore & Associates, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Atrium Medical Corporation,<br><br>       Defendant. | Case No.  CV-12-8067-PHX-JAT<br><br>**GORE'S NOTICE OF VIDEOTAPED DEPOSITION OF CHRISTIAN VALLBRACHT** |

1  PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure
2  and the applicable Local Rules, Plaintiff W. L. Gore & Associates, Inc. will take the
3  Deposition upon oral examination of Christian Vallbracht, commencing on Wednesday,
4  September 4, 2013, at 9:00 a.m., at the office of Wilmer Cutler Pickering Hale and Dorr
5  LLP, 60 State Street, Boston, Massachusetts 02109, before a court reporter, notary public,
6  or other person duly authorized by law to administer oaths, and continuing from day to
7  day until complete.  This deposition will be recorded by stenographic means and may
8  also be recorded using audio and visual equipment.

9  Counsel for the Defendant is invited to attend and cross-examine the witness in the
10  manner provided under the Federal Rules of Civil Procedure.

Dated: August 20, 2013          Respectfully submitted,

   s/ Timothy M. Sullivan

Andrew F. Halaby (#017251)
ahalaby@swlaw.com
Andrew C. Stone (#026543)
astone@swlaw.com
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Fax:  (602) 382-6070

James W. Poradek (*pro hac vice*)
james.poradek@FaegreBD.com
Christopher J. Burrell (*pro hac vice*)
christopher.burrell@FaegreBD.com
Kevin P. Wagner (*pro hac vice*)
kevin.wagner@FaegreBD.com
Katherine S. Razavi (*pro hac vice*)
kate.razavi@FaegreBD.com
Lucas J. Tomsich (*pro hac vice*)
lucas.tomsich@FaegreBD.com
Timothy M. Sullivan (*pro hac vice*)
timothy.sullivan@FaegreBD.com
Elizabeth Cowan Wright (*pro hac vice*)
elizabeth.cowanwright@FaegreBD.com
Lauren J. Frank (*pro hac vice*)
lauren.frank@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street

dms.us.52653313.01

Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
*Attorneys for Plaintiff*
*W. L. Gore & Associates, Inc.*

dms.us.52653313.01

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the registered participants of the CM/ECF System.

By  s/ Timothy M. Sullivan