Andrew F. Halaby (#017251)
ahalaby@swlaw.com
Andrew C. Stone (#026543)
astone@swlaw.com
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Fax: (602) 382-6070

James W. Poradek (*pro hac vice*)
james.poradek@FaegreBD.com
Christopher J. Burrell (*pro hac vice*)
christopher.burrell@FaegreBD.com
Kevin P. Wagner (*pro hac vice*)
kevin.wagner@FaegreBD.com
Katherine S. Razavi (*pro hac vice*)
kate.razavi@FaegreBD.com
Lucas J. Tomsich (*pro hac vice*)
lucas.tomsich@FaegreBD.com
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

*Attorneys for Plaintiff*
*W.L. Gore & Associates, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. L. Gore & Associates, Inc., | No. CV 12-8067-PCT-JAT |
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT ATRIUM MEDICAL CORPORATION'S SUBPOENA DUCES TECUM TO BARBARA L. WEILAND** |
| v. | |
| Atrium Medical Corp., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff served its Objections and Responses

to Defendant Atrium Medical Corporation's Subpoena Duces Tecum to Barbara L.

Weiland by e-mail on Friday, August 23, 2013.

DATED this 26th day of August, 2013.

SNELL & WILMER L.L.P.

By:   s/Andrew C. Stone
      Andrew F. Halaby
      Andrew C. Stone
      One Arizona Center
      400 E. Van Buren
      Phoenix, AZ  85004-2202

      James W. Poradek
      Christopher J. Burrell
      Kevin P. Wagner
      Katherine S. Razavi
      Lucas J. Tomsich
      FAEGRE BAKER DANIELS LLP
      2200 Wells Fargo Center
      90 South Seventh Street
      Minneapolis, Minnesota 55402-3901

      *Attorneys for Plaintiff  W. L. Gore &
      Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the registered participants of the CM/ECF System.

By   s/ Andrew C. Stone

17828837