IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. L. Gore & Associates, Inc.,<br><br>             Plaintiff,<br><br>v.<br><br>Atrium Medical Corp.,<br><br>             Defendant. | No. CV 12-8067-PHX-JAT<br><br>**AMENDED RULE 16 SCHEDULING ORDER** |

Pursuant to the parties' Joint Motion for Entry of Stipulated Amendment to Rule 16 Scheduling Order (Doc. 95) and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Order (Doc. 39) entered by the Court on September 11, 2012, is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Disclosure of notice of advice of counsel defense | August 23, 2013 | August 23, 2013 |
| Close of fact discovery | October 11, 2013 | November 22, 2013 |
| Final infringement and invalidity contentions | October 25, 2013 | December 6, 2013 |
| Deadline for serving expert reports by parties with the burden of proof | November 22, 2013 | January 10, 2014 |

| Event | Current Date | Amended Date |
|---|---|---|
| Deadline for serving responsive expert reports | December 20, 2013 | February 7, 2014 |
| Close of expert discovery | January 31, 2014 | March 7, 2014 |
| Deadline for filing dispositive motions | March 7, 2014 | April 9, 2014 |

Dated this 26th day of August, 2013.

James A. Teilborg
Senior United States District Judge